UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| MARIA ELENA FEHLIG, | ) | |
| Plaintiff, | ) | 2:11-cv-00032-PMP-RJJ |
| vs. | ) | **ORDER** |
| WELLS FARGO HOME MORTGAGE, et al., | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendants' Motion to Dismiss Plaintiff's Second, Third, Fourth and Fifth Claims for Relief Pursuant to Fed. R. CIV. P. 12(b)(6) (Doc. #7) filed February 22, 2011.  To date, Plaintiff Fehlig has failed to file a timely response to Defendants' motion and therefore consents to the granting of the motion in accordance with the Local Rules of Practice of this Court.

Moreover, a review of Defendants' motion to dismiss shows that Defendants are entitled to the relief requested on the merits of their motion.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss Plaintiff's Second, Third, Fourth and Fifth Claims for Relief Pursuant to Fed. R. CIV. P. 12(b)(6) (Doc. #7) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff Fehlig.

DATED: March 15, 2011.

_____
PHILIP M. PRO
United States District Judge